

# Fourth Court of Appeals
## San Antonio, Texas

August 22, 2014

No. 04-14-00181-CR

Michael A. **RIVAS**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 38th Judicial District Court, Medina County, Texas
Trial Court No. 12-04-10954-CR
The Honorable Camile G. Dubose, Judge Presiding

# O R D E R

After this court granted appellant a sixty-day extension of time to file his brief, the brief was due August 29, 2014. Appellant has now filed a second motion for extension of time, asking for an additional ninety days to file his brief. The motion is unopposed. After reviewing the motion, we **GRANT** the motion and **ORDER** appellant to file his brief in this court on or before **December 1, 2014**. The granting of this extension gives appellant 150 days from the date the brief was originally due. **Appellant is advised that no further extensions of time to file the brief will be granted absent written proof of extraordinary circumstances.**

_____
Marialyn Barnard, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 22nd day of August, 2014.

_____
Keith E. Hottle
Clerk of Court